The Columbus Machine Manufacturing Company *et al.,* Plaintiffs in Error, *v.* Phares A. Dorwin *et al.,* Defendants in Error.

The Same *v.* Edward R. Ulrich *et al.,* Defendants in Error.

25A 169
190 403
25 169
Case 1
198 540

ERROR TO SANGAMON.

The petition to enforce a mechanics' lien must state a time within which the contract was to be performed.

These were proceedings in the court below to enforce a mechanics' lien. The plaintiffs in error are incumbrancers, and were made parties defendants below.

Lincoln & Herndon, for Plaintiffs in Error.

J. C. Conckling, for Defendants in Error.

Caton, C. J. The petitions in both these cases present the same defect which we have so often decided to be fatal. They state no time within which the contracts were to be performed, as is required by the statute. This may be remedied by amendments, after the cases are remanded.

The decrees are reversed, and the suits remanded.

*Decrees reversed.*